UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ERECTION SPECIALISTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:00-CV-281 |
| ) | (Shirley) |
| EDWARDS DEUTZ DIESEL, INC., ) | |
| and DEUTZ CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT ORDER

For the reasons set forth in the Findings of Fact and Conclusions of Law, filed simultaneously herewith, the Court finds that the Plaintiff ESI shall be awarded a total of lost profit damages in the amount of $68,643.76, of which Defendant Deutz shall be liable for $19,753.60. Edwards shall liable to the Plaintiff ESI for the remainder, $48,890.16.

Defendant Edwards is liable to Deutz for $19,753.60, the amount which Deutz is obligated to pay to the Plaintiff. Furthermore, Defendant Edwards is liable to Deutz for all costs, including expenses and attorneys' fees, incurred by Deutz in this litigation.

Postjudgment interest shall be awarded in accordance with 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

                   **ENTER:**

                    s/ C. Clifford Shirley, Jr.
                    United States Magistrate Judge